UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DEROME MCELROY,

         Plaintiff,

  v.

AGENCY,

         Defendant.

CASE NO. C23-5912 BHS

ORDER

THIS MATTER is before the Court on its own motion, following its Order to Show Cause, Dkt. 11. The Court ordered pro se plaintiff Derome McElroy to show cause why the Court should not deny his application to proceed *in forma pauperis* and dismiss his proposed complaint, Dkt. 1, as facially frivolous.

McElroy's response, Dkt. 12, asks the Court to "order an investigation into the case" to assist him in responding to the order to show cause. That is not the Court's role, and that request is **DENIED**. The case is facially frivolous. McElroy's application to proceed *in forma pauperis* is **DENIED** and the matter is **DISMISSED with prejudice**.

The Clerk shall enter a **JUDGMENT** and close the case.

**IT IS SO ORDERED**.

ORDER - 1

Dated this 9th day of January, 2024.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge